**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kevan Crews | : | |
| | : | Bankruptcy Case No.: 19-17446AMC |
| | : | |

**AMENDED ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is
FURTHER ORDERED that Debtor shall file all required documents with the Court on or before _____January 6_____, 2020

**Date: December 16, 2019**

_____
**Judge Ashely M. Chan**