IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Kevan Crews | : | Chapter 13 |
| | : | Case No.: 19-17446-MDC |
|    Debtor(s) | : | |

## EXPEDITED MOTION FOR AUTHORITY TO SELL REAL PROPERTY

Debtor, Kevan Crews, by and through her undersigned counsel bring this Motion to Sell Real Property under Eastern District of Pennsylvania Local Rule 6004-1 and Section 363 of the United States Bankruptcy Code; and in support thereof aver the following:

1. Debtor commenced the instant Chapter 13 matter on November 27, 2019 by filing a Voluntary Petition.

2. The Chapter 13 Plan was confirmed on June 3, 2020.

3. The subject real property is located at 114 Lewis Avenue, Lansdowne, PA 19050 (hereinafter referred to as "the property") and is owned by the Debtor and her spouse.

4. The Debtor believes it to be in her best financial interest to sell the property.

5. In furtherance of the sale, Debtor retained the services of Mitchell Cohen of Premier Real Estate, Inc.

6. On or about February 15, 2022, Debtor, by and through her realtor entered into an Agreement of Sale of the property in the amount of $220,000.00. A true and correct copy of the Agreement of Sale is attached hereto and labeled as **Exhibit "A."**

7. The settlement date for the sale of the subject property is scheduled for April 28, 2022 and as such, the debtor is requesting an expedited Hearing on this matter.

8. The Buyers, Aidan Un and Hyun Jin Cha, are not insiders of the Debtor and the sale represents and arms-length transaction between the parties made without fraud and/or collusion.

9. From the sale proceeds the Debtors intend to satisfy the mortgages held by Pennsylvania Housing Finance Agency, along with any other liens on the property.

10. The Debtor is desirous of receiving her full exemption in the sum of up to $25,150.00 plus any remaining proceeds after all liens and the Chapter 13 Balance is satisfied.

**WHEREFORE**, Debtors, respectfully request that the Court enter an Order: (i) Granting this Motion, (ii) Authorizing the Debtors to sell the Property to the proposed buyer under the terms of that Agreement for the Sale of Real Estate free and clear of liens, claims interests and encumbrances, and, (iii) Granting the Debtors such other and further relief to which they may be justly entitled.

Dated: April 11, 2022

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtors
Sadek and Cooper, LLC.
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008