# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Kevan Crews | : | Chapter 13 |
| | : | Case No.: 19-17446-MDC |
|    Debtor(s) | : | |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., certify that on Monday, April 11, 2022, a true and correct copy of the Debtor's Motion to Sell Property was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Service

| **Eric Moore & Karrie Gavin** | **Mitchell Cohen** |
|---|---|
| Agents on behalf of *Elfant Wissahickon Realtors* | Agent on behalf of *Premier Real Estate Inc.* |
| Electronic service to eric@ewrhomes.com ; karrie@ewrhomes.com | Electronic service to premierro@aol.com |
| **Leon Haller, Esq.** | **Robin Weissman** |
| Counsel on behalf of *Pennsylvania Housing Finance Agency* | Executive Director and CEO of *Pennsylvania Housing Finance Agency* |
| Electronic Service to imcallister@phfa.org | Regular mail to PO Box 8029 Harrisburg, Pennsylvania 17105-8029 |

Dated: April 11, 2022

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
Phone: 215-545-0008