## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Kevan Crews | : | Chapter 13 |
| | : | Case No.: 19-17446-MDC |
| Debtor(s) | : | |

## **CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the <u>Notice for an Expedited Hearing on Motion to Sell Property</u> on all creditors and the following parties by electronic means and/or regular US mail:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Service

| **Eric Moore & Karrie Gavin** | **Mitchell Cohen** |
|---|---|
| Agents on behalf of *Elfant Wissahickon Realtors* Electronic service to eric@ewrhomes.com ; karrie@ewrhomes.com | Agent on behalf of *Premier Real Estate Inc.* Electronic service to premierro@aol.com |
| **Leon Haller, Esq.** Counsel on behalf of *Pennsylvania Housing Finance Agency* Electronic Service to *imcallister@phfa.org* | **Robin Weissman** Executive Director and CEO of *Pennsylvania Housing Finance Agency* Regular mail to PO Box 8029 Harrisburg, Pennsylvania 17105-8029 |

Dated: April 13, 2022

/s/ Brad J. Sadek
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008