Premier Real Estate Inc
Seller's Estimated Net Sheet courtesy of: MITCHELL COHEN

Case 19-17446-mdc   Doc 44   Filed 04/21/22   Entered 04/21/22 12:10:26   Desc Main
Document      Page 1 of 1

Office: 2157325355
Mobile: 2157325520
premierreo@aol.com

# Seller's Estimated Net Sheet

| | | |
|---|---|---|
| Seller: | Theodore & Kevan M Crews | |
| Property: | 114 LEWIS AVE | |
| Township / Borough: | East Lansdowne Boro | |
| County: | Delaware County, PA | |
| Settlement Date: | 4/28/2022 | |

| | |
|---|---|
| First Mortgage Payoff: | ($72,888.00) |
| Second Mortgage Payoff: | ($29,416.00) |
| Total Payoff: | ($102,304.00) |
| Sale Price: | $220,000.00 |
| Gross Equity: | $117,696.00 |

## CHARGES PAID BY SELLER

| | |
|---|---|
| Transfer Tax (1.000%): | $2,200.00 |
| Brokerage Commission: (6% + $0.00): | $13,200.00 |
| Seller Assist: | $1,500.00 |
| Municipal Use And Occupancy: | $125.00 |
| Settlement: | $50.00 |
| Notary: | $50.00 |
| Certifications: | $50.00 |
| Total Charges to Seller: | $17,175.00 |

## CREDITS TO SELLER

| | |
|---|---|
| Municipal Tax: | $715.23 |
| County Tax: | $291.44 |
| School Tax: | $706.70 |
| Total Credits to Seller: | $1,713.37 |

## SETTLEMENT SUMMARY

| | |
|---|---|
| Sale Price: | $220,000.00 |
| Mortgage Payoff: | ($102,304.00) |
| Charges to Seller: | ($17,175.00) |
| Credits to Seller: | $1,713.37 |
| Net Proceeds to the Seller | $102,234.37 |

The above figures are estimated settlement costs only. These will be adjusted as of the date of final settlement, if necessary. I (we) acknowledge receipt of a copy of this information.

Seller: _____     Seller: _____

Date: _____      Date: _____